UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 08-20906-CIV-GONZALEZ

QBE INSURANCE CORPORATION,

    Plaintiff/Counter-Defendant,

v.

DOME CONDOMINIUM ASSOCIATION, INC.,

    Defendant/Counter-Plaintiff.

_____/

## VERDICT FORM

We, the Jury, return the following verdict:

**Question 1:**

Do you find by a preponderance of the evidence that Dome intentionally concealed or misrepresented a material fact to QBE regarding its insurance claim?

YES _____    NO __X__

If your answer to question #1 is "YES", then your verdict is for QBE. Proceed to sign and date the verdict form. However, if your answer to question #1 is "NO", then proceed to question #2.

**Question 2:**

Do you find by a preponderance of the evidence that Dome failed to comply with the post loss conditions of the QBE policy?

YES _____    NO __X__

If your answer to question #2 is "YES", then your verdict is for QBE. Proceed to sign and date the verdict form. However, if your answer to question #2 is "NO", then proceed to question #3

1

**Question 3**:

Do you find by a preponderance of the evidence that QBE breached the Insurance Contract by failing to pay for covered loss or damages to Dome's property caused by Hurricane Wilma?

YES __X__      NO _____

If your answer to question #3 is "YES," then proceed to question #4. However, if your answer to question #3 is "NO", then proceed to sign and date the verdict form.

**Question 4**:

What sum of money do you find by a preponderance of the evidence to be the amount of Dome's covered damages at <u>actual</u> <u>cash</u> <u>value</u> resulting from Hurricane Wilma? (Answer in dollars and cents)

Total <u>actual</u> <u>cash</u> <u>value</u> damages     $ __2,513,546.31__
Proceed to question #5.

**Question 5**:

What sum of money do you find from a preponderance of the evidence to be the amount of Dome's covered damages at <u>replacement</u> <u>cost</u> <u>value</u> resulting from Hurricane Wilma? (Answer in dollars and cents)

Total <u>replacement and cost value</u> damages   $ __3,866,994.64__

(You should not consider or apply any deductible in determining the amount of any damages sustained by Dome.)

Except where indicated, **DO NOT TOTAL THE DAMAGES** in the various categories set forth above.

SO SAY WE ALL this __18__ day of December, 2009.

2